# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO COASTKEEPER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CAL C. JOHNSON, dba AMERICAN RECYCLING, <br><br> Defendant. | Civil Case No.: 3:21-CV-00191-L-BLM <br><br> **ORDER GRANTING JOINT MOTION TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** <br><br> [ECF No. 9] |

For good cause shown pursuant to Federal Rule of Civil Procedure 6(b), the Joint Motion to Continue Hearing on Plaintiffs' Motion for Entry of Default Judgment is granted. The hearing on Plaintiffs' pending motion for default judgment (ECF no. 8) is continued to July 12, 2021. As noticed, pursuant to Civil Local Rule 7.1(d)(1), there will be no oral argument unless requested by the Court. The parties shall forthwith contact the chambers of Magistrate Judge Barbara L. Major to schedule a settlement disposition conference.

**IT IS SO ORDERED.**

Dated: June 1, 2021

_____
Hon. M. James Lorenz
United States District Judge