COAST LAW GROUP, LLP
MARCO A. GONZALEZ (SBN 190832)
LIVIA BORAK BEAUDIN (SBN 259434)
1140 South Coast Highway 101
Encinitas, CA 92024
Ph: (760) 942-8505
Fx: (760) 942-8515
email: marco@coastlawgroup.com

MATT O'MALLEY (SBN 272802)
PATRICK MCDONOUGH (SBN 288285)
San Diego Coastkeeper
3900 Cleveland Avenue, Suite 102
San Diego, CA 92103
Ph: 619-758-7743
Email: matt@sdcoastkeeper.org

Attorneys for Plaintiff
COASTAL ENVIRONMENTAL RIGHTS FOUNDATION

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAN DIEGO COASTKEEPER, a non-profit corporation; COASTAL ENVIRONMENTAL RIGHTS FOUNDATION, a non-profit corporation,<br><br>Plaintiffs,<br>v.<br><br>CAL C. JOHNSON, dba AMERICAN RECYCLING, an individual,<br><br>Defendant. | Civil Case No.: 3:21-CV-00191-L-BLM<br><br>**NOTICE AND SUBMITTAL OF FEDERAL AGENCIES' 45-DAY REVIEW PERIOD LETTER AND REQUEST FOR ENTRY OF CONSENT DECREE** |

**TO THE COURT AND TO THE PARTIES:**

**PLEASE TAKE NOTICE** that on August 6, 2021, Plaintiffs San Diego Coastkeeper and Coastal Environmental Rights Foundation notified the Court that a proposed Consent Decree was served on the U.S. Department of Justice ("DOJ") and the U.S. Environmental Protection Agency ("EPA") for the mandatory 45-day review period required by 40 C.F.R. § 135.5. *See* Doc. No. 18. The proposed Consent Decree was delivered to the U.S. Department of Justice Citizen Suit Coordinator, on behalf of the Attorney General on July 7, 2021, and to the Administrator of EPA on July 12, 2021. Therefore, the agencies' 45-day review period expires on August 26, 2021.

On August 25, 2021, the DOJ served counsel of record for Plaintiffs the attached letter ("Letter") stating it has completed its review of the proposed Consent Decree and "does not object to its entry by this Court." *See* DOJ letter attached hereto as Exhibit 1. The DOJ requested that Counsel for Plaintiffs file its Letter with this Court via ECF.

Upon expiration of the 45-day review period (on August 27, 2021) Plaintiffs will lodge the proposed Consent Decree with the Court, in Microsoft Word format, as well as the previously filed PDF version containing all exhibits. *See* Doc. No. 16-1. Accordingly, Plaintiffs respectfully request that this Court enter the proposed Consent Decree.

Dated: August 26, 2021   Respectfully submitted,
　　　　　　　　　　　　　COAST LAW GROUP LLP

　　　　　　　　　　　　　By: s/Livia B. Beaudin
　　　　　　　　　　　　　LIVIA B. BEAUDIN
　　　　　　　　　　　　　Attorney for Plaintiffs
　　　　　　　　　　　　　COASTAL ENVIRONMENTAL
　　　　　　　　　　　　　RIGHTS FOUNDATION
　　　　　　　　　　　　　E-mail: livia@coastlawgroup.com

　　　　　　　　　　　　　By: s/Matt O'Malley
　　　　　　　　　　　　　MATT O'MALLEY
　　　　　　　　　　　　　Attorney for Plaintiffs
　　　　　　　　　　　　　SAN DIEGO COASTKEEPER
　　　　　　　　　　　　　E-mail: matt@sdcoastkeeper.org

# CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of August, 2021 I caused copies of the following documents:

**NOTICE AND SUBMITTAL OF FEDERAL AGENCIES' 45-DAY REVIEW PERIOD LETTER AND REQUEST FOR ENTRY OF CONSENT DECREE**

to be sent to the following parties via electronic mail:

| | |
|---|---|
| Christine W. Ennis<br>United States Department of Justice<br>Environment and Natural Resources Division<br>Law and Policy Section<br>Ben Franklin Station<br>P.O. Box 7415<br>Washington, D.C. 20044<br>christine.ennis@usdoj.gov | Attorneys for **US Department of Justice** |

Dated: August 26, 2021         **COAST LAW GROUP, LLP**

By: s/Livia Beaudin
Livia Beaudin
Attorney for Plaintiff Coastal Environmental Rights Foundation
E-mail: livia@coastlawgroup.com